AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Pajersky | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-454 |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings is granted and Plaintiff's motion for judgment on the pleadings is denied.

| | |
|---|---|
| Date: September 12, 2005 | RODNEY C. EARLY, CLERK |
| | By:   s/Deborah M. Zeeb |
| | Deputy Clerk |